UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT -4 AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES FORTNER,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE
and BOBBY L. MAYS,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05-2034-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on October 3, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_(signature)_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/4/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02034 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

James Fortner
981 Rockhill Road
Como, MS 38619--244

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT